**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| EUGENE WELLS, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 1:06-cv-479-JDT-TAB |
| | ) | |
| Superintendent, Wabash Valley | ) | |
| Correctional Facility, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry and Order to Show Cause**

**I.**

The petitioner's request to proceed *in forma pauperis* is **granted.**

**II.**

The petitioner's custodian is directed to answer the allegations of the petitioner's petition for a writ of habeas corpus, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted.  This shall be done within **twenty (20) days** after the date this Entry is signed.  The petitioner shall have twenty (20) days after service of such answer or return to order to show cause on him in which to reply.

A copy of the petitioner's petition shall be sent with this Entry to the Indiana Attorney General.

**IT IS SO ORDERED.**

_____
John Daniel Tinder, Judge
United States District Court

Date:  03/28/2006

Distribution:

Eugene E Wells, DOC #864423, Wabash Valley Correctional Facility, P.O. Box 1111, Carlisle, IN 47838-1111

Office of the Indiana Attorney General, Indiana Government Center South, Fifth Floor, 402 West Washington Street, Indianapolis, IN 46204-2770

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.